◈AO 245D   (Rev. 3/01) Judgment in a Criminal Case for Revocations
          Sheet 1

FILED

2009 SEP 24  PM 2: 23

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

SOUTHERN                    District of           CALIFORNIA

UNITED STATES OF AMERICA                JUDGMENT IN A CRIMINAL CASE
              V.                        (For **Revocation** of Probation or Supervised Release)
      Bernardo Parra-Rubio              (For Offenses Committed On or After November 1, 1987)

                                        Case Number: 08CR1631-JM

                                        Thomas S Sims
                                        Defendant's Attorney

REGISTRATION No. 08470298

☐

THE DEFENDANT:
[x] admitted guilt to violation of allegation(s) No.   2

☐ was found in violation of allegation(s) No. _____ after denial of guilt.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following allegation(s):

| Allegation Number | Nature of Violation |
|---|---|
| 2 | Illegal entry into United States (nv35) |

____Supervised Release____ is revoked and the defendant is sentenced as provided in pages 2 through ___2___ of this judgment.
This sentence is imposed pursuant to the Sentencing Reform Act of 1984.

        IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any
change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are
fully paid.  If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the
defendant's economic circumstances.

                            July 31, 2009
                            Date of Imposition of Sentence

                            _____
                            HON. JEFFREY T. MILLER
                            UNITED STATES DISTRICT JUDGE

08CR1631-JM

AO 245B	(Rev. 9/00) Judgment in Criminal Case
	Sheet 2 — Imprisonment

Judgment — Page 2 of 2

DEFENDANT: Bernardo Parra-Rubio
CASE NUMBER: 08CR1631-JM

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of

Five (5) months to serve consecutive to 09CR2263-L

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____ .

as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before _____

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

08CR1631-JM